**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

WESLEY MULLINS,

Plaintiff,

v.

BEN BRIESCHKE,
ROBERT "BOB" HARRELL,
LARRY COFFMAN,
DR. KEN CARLSON,
LT. ROGER PERSON,
SGT. DEAN FROKJER,
SUSAN CHURCHILL, and
MIKE KICKBUSH,

Defendants.

Civil No. 00-1393 (PAM/ESS)

**REPORT & RECOMMENDATION**

Plaintiff, a prisoner at the Minnesota Correctional Facility, Oak Park Heights, Minnesota, commenced this action by filing a complaint in this District on June 7, 2000. He is attempting to sue various prison officials under 42 U.S.C. § 1983 for allegedly violating his federal constitutional rights. In an order dated June 26, 2000, the Court granted Plaintiff's application to proceed in this matter in forma pauperis. The matter is now before the Court on Plaintiff's motion for voluntary dismissal [Docket No. 10].

Under Fed. R. Civ. P. 41(a)(1)(i) Plaintiff may voluntarily dismiss this action without order of the court before service by the adverse party of a responsive pleading. The docket indicates that none of the named defendants has been served, let alone filed an answer or other responsive pleading. Although a court order is not necessary for Plaintiff to dismiss his suit at this time, he has sought judicial action by filing a motion to dismiss, and the effect of Plaintiff's filing a notice of dismissal and the Court granting Plaintiff's motion to dismiss are the same.



FILED 7-24-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The motion should be granted.

Therefore, based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY RECOMMENDED** that:

This action be dismissed without prejudice.

Dated: July 24, 2000

E.S. SWEARINGEN
United States Magistrate Judge

Pursuant to Local Rule 72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of the Court and serving all parties, within ten days after being served with a copy thereof, written objections which specifically identify the portions of the proposed findings, recommendations, or report to which objection is being made, and a brief in support thereof. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made.