UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Wesley Mullins, Civ. File No. 00-1393 (PAM/ESS)

Plaintiff,

v.

**ORDER**

Ben Briescke, Robert Harrell
Mike Green, Larry Coffman,
Dr. Ken Carlson, Lt. Roger
Person, Sgt. Dean Frokjer,
Susan Churchill, and
Mike Kickbush,

Defendants.

---

This matter is before the Court on the Report and Recommendation of Magistrate Judge E.S. Swearingen dated July 24, 2000. The Report and Recommendation recommended that the Court grant without prejudice Plaintiff's Motion for a voluntary dismissal of his case. After the Report and Recommendation was completed, but before Plaintiff received it, Plaintiff filed a Motion seeking to withdraw his Motion to Dismiss. Plaintiff then received the Report and Recommendation and filed timely objections to it, asking this Court to grant his Motion to withdraw the Motion to Dismiss.

The conclusions of the Report and Recommendation are mooted by Plaintiff's Motion to withdraw the Motion to Dismiss. The Court will grant Plaintiff's Motion to withdraw the

FILED NOV 03 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Motion to Dismiss, and allow Plaintiff to prosecute his claims, subject to the defenses of Defendants.

Accordingly, upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to withdraw his Motion for a voluntary dismissal (Clerk Doc. No. 13) is **GRANTED**.

Dated: March 3, 2000

Paul A. Magnuson
United States District Court Judge