**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

WESLEY MULLINS, Civil No. 00-1393 (PAM/ESS)

Plaintiff,

v.

**AMENDED**
**REPORT & RECOMMENDATION**

BEN BRIESCHKE,
ROBERT "BOB" HARRELL,
LARRY COFFMAN,
DR. KEN CARLSON,
LT. ROGER PERSON,
SGT. DEAN FROKJER,
SUSAN CHURCHILL, and
MIKE KICKBUSH,

Defendants.

---

THIS MATTER is now before the undersigned Magistrate Judge of District Court on Plaintiff's motion to file an amended complaint [Docket No. 18]. Plaintiff, a prisoner at the Minnesota Correctional Facility, Oak Park Heights, Minnesota ("OPH"), commenced this action by filing a complaint in this District on June 7, 2000. He is attempting to sue various prison officials under 42 U.S.C. § 1983 for allegedly violating his federal constitutional rights.

On December 26, 2000, this Court issued a Report and Recommendation which recommended, in part, that Defendant's motion to file an amended complaint be granted. As a result, the Court recommended that four additional Defendants named in Plaintiff's amended complaint be served by the U.S. Marshal and that they be directed to file a response to the amended complaint.[1] It has now come to the Court's attention that Plaintiff also seeks to name Officer Dwight Johnson, a correctional officer at the Minnesota Correctional Facility, Oak Park

[1] These additional Defendants are James Bruton, Sgt. Don Doan, Officer Wayne Joyce, and Natalie Leseman

FILED JAN 2 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Heights, MN, as an additional Defendant. It has also come to the Court's attention that Plaintiff has failed to file with the Clerk of Court the required forms which indicate to the Marshal the location where each additional Defendant may be served.

For the reasons stated in the December 26 Report and Recommendation, the Court concludes that Plaintiff's motion to amend, (Docket No. 18), should be granted. The Clerk should be directed to file the Amended Complaints submitted with Plaintiff's motion, and assign them docket numbers. Further, the Clerk should be directed to provide Plaintiff with the appropriate U.S. Marshal forms, and Plaintiff should be directed to complete these forms and file them with the Clerk.

Therefore, based on the foregoing, **IT IS HEREBY RECOMMENDED** that:

1. Plaintiff's Motion for Leave to File an Amended Complaint [Docket No. 18] be **GRANTED**, and that Plaintiff's proposed amended complaints be filed by the Clerk of Court;

2. The Clerk of Court shall provide Plaintiff with the appropriate U.S. Marshal forms, and Plaintiff shall complete and file these forms within 10 days of their receipt;

3. The Clerk of Court shall issue a summons, and the U.S. Marshal shall effect service of process on Defendants James Bruton, Sgt. Don Doan, Officer Wayne Joyce, Natalie Leseman, and Officer Dwight Johnson; and

4. Those Defendants on whom service of process is effected shall be required to file a response to the Complaint.

Dated: Dec. 28, 2000

E.S. Swearingen

E.S. SWEARINGEN
United States Magistrate Judge