UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Wesley Mullins,

Civ. File No. 00-1393 (PAM/ESS)

Plaintiff,

v.

**ORDER**

Ben Briescke, Robert Harrell
Mike Green, Larry Coffman,
Dr. Ken Carlson, Lt. Roger
Person, Sgt. Dean Frokjer,
Susan Churchill, and
Mike Kickbush,

Defendants.

---

This matter is before the Court on the Report and Recommendation of Magistrate Judge E.S. Swearingen dated December 26, 2000, and the Amended Report and Recommendation of Magistrate Judge Swearingen dated January 2, 2001. No objections have been filed to the Reports and Recommendations in the time period permitted.

The two Reports and Recommendations recommended that Plaintiff's Motion for Leave to File an Amended Complaint (Clerk Doc. No. 18) be granted, and that summons should issue as to the new defendants named in that Amended Complaint. It appears that Plaintiff filed his Amended Complaint on January 2, 2001, and that summons issued as to all of the new defendants named in that Amended Complaint on January 18, 2001. Thus, the

FILED MAR 01 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Court need not rule on those portions of the Reports and Recommendations granting leave to file and requiring the Clerk of Court to issue summons.

Accordingly, upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The U.S. Marshal shall effect service of process on Defendants James Bruton, Sgt. Don Doan, Officer Wayne Joyce, Natalie Leseman, and Officer Dwight Johnson;
2. Those defendants on whom service of process is effected are required to file a response to the Amended Complaint;
3. Plaintiff's Motion for Appointment of Counsel (Clerk Doc. No. 14) is **DENIED**;
4. Plaintiff's Motion for a Temporary Restraining Order (Clerk Doc. No. 23) is **DENIED**; and
5. Plaintiff's various discovery motions (Clerk Doc. Nos. 9, 21, and 22) are **DENIED WITHOUT PREJUDICE**.

Dated: February 27, 2001

Paul A. Magnuson
United States District Court Judge