ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Welsey Mullins,

Plaintiff,

vs.

Ben Briescke, Robert "Bob" Harrell, Mike Green, Larry Coffman, Dr. Ken Carlson, Lt. Roger Person, Sgt. Dean Frokjer, Susan Chruchill (sic), and Mike Kickbush, James Bruton, Sgt. Don Doan (sic), Officer Wayne Joyce, Natalie Leseman, and Officer Dwight Johnson,

Defendants.

Civil File No. 00-1393 (PAM/ESS)

**ORDER**

Before the Court is Defendants' motion for extension of time to file their dispositive motion and supporting documents. The Court finds that the requested extension is proper.

Accordingly, **IT IS HEREBY ORDERED** that

1. Defendants' motion for extension of time to file their dispositive motion and supporting documents is **GRANTED**; and

2. Defendants shall serve and file their dispositive motion by October 31, 2001.

Dated: Sept. 24, 2001

E. S. Swearingen
E. S. SWEARINGEN
United States Magistrate Judge

FILED 9·25·01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK