# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# St. Paul, Minnesota

## NOTICE TO COUNSEL

Civil Case No.: 0:00cv1393 (PAM/ESS)

Mullins
v.
Briescke

**IN RE: Notice of Reassignment of Magistrate Judge - NEW** 0:00cv1393 (PAM/FLN)

**AT THE COURT'S DIRECTION,** the Clerk of Court is directed to refer the above entitled case to **U. S. Magistrate Judge Franklin L. Noel** to handle magistrate judge proceedings in this case.

If you have questions or concerns regarding this reassignment, please direct your inquiries to Cathy Orlando at 612-664-5110.

**DATED: June 17,2002**

Richard D. Sletten

**Richard D. Sletten, Clerk**

**FILED 6/17/02**
**Richard D. Sletten, Clerk**
**DEPUTY CLERK** SW

49